David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, DAVID EVERHART*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID EVERHART,<br><br>  Plaintiff,<br><br>v.<br><br>DIRECTV, LLC,<br><br>  Defendants. | Case No. 2:16-cv-02707-APG-GWF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

   Plaintiff DAVID EVERHART and Defendant DIRECTV, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

…

…

…

…

…

in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, and costs of suit.

Dated: July 6, 2017

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/ Ryan M. Lower, Esq. |
| David H. Krieger, Esq. | Ryan M. Lower, Esq. |
| Nevada Bar No. 9086 | Morris Law Group |
| HAINES & KRIEGER, LLC | 411 E. Bonneville Ave. |
| 8985 S. Eastern Avenue | Suite 360 |
| Suite 350 | Las Vegas, NV 89101 |
| Henderson, Nevada 89123 | *Attorney for Defendant DIRECTV, LLC* |
| *Attorney for Plaintiff* | |

### ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: July 6, 2017